**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **THE STATE OF TEXAS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 2:23-CV-00055** |
| **v.** | § | |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

### [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION OR STAY OF AGENCY ACTION

Before the Court is Defendants' Motion for Preliminary Injunction or Stay of Agency Action (Dkt. 3-1). After considering the motion, any opposition, the record, and relevant authorities, the Court hereby GRANTS the motion. Therefore, it is hereby ORDERED that:

1. Defendants and their respective officers, agents, servants, employees, attorneys, and other persons who are in active concert with them are hereby ENJOINED and RESTRAINED from cutting, destroying, or otherwise damaging Texas's concertina wire.

2. This preliminary injunction is granted on a statewide basis.

It is also ORDERED that Defendants' policy, pattern, or practice of cutting, destroying or otherwise damaging Texas's concertina wire is STAYED.

This preliminary injunction and stay shall remain in effect pending a final resolution of the merits of this case or until a further order from this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

SIGNED on this the _____ day of _____, 2023.

_____
Hon. Alia Moses
United States District Judge