AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| The State of Texas <br><br> *Plaintiff(s)* <br> v. <br> U.S. Department of Homeland Security, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-00055 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Troy A. Miller, in his official capacity as Acting Commissioner for US Customs and Border Protection
by registered or certified mail to:
c/o U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan D. Walters
Office of the Attorney General
Special Litigation Division
PO Box 12548, Capitol Station
Austin, TX 78711-2548
ryan.walters@oag.texas.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 10/26/23

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00055

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Troy A. Miller, in his official capacity as Acting Commissioner for US Customs and Border Protection
was received by me on *(date)* 10/26/23.

☒ I personally served the summons on the individual at *(place)* c/o Attorney General of US 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on *(date)* 10/30/23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/30/23

*/s/ Ryan D. Walters*
*Server's signature*

Ryan D. Walters, Chief for Special Litigation Division
*Printed name and title*

Office of the Attorney General
PO Box 12548, Capitol Station
Austin, TX 78711-2548
*Server's address*

Additional information regarding attempted service, etc:

On October 27, 2023, I served this summons, Plaintiff's Original Complaint, Plaintiff's Motion for Preliminary Injunction or Stay of Agency Action and Appendix, and Plaintiff's Emergency Motion for a Temporary Restraining Order or Stay of Agency Action and Appendix; via Certified Mail, Return Receipt Requested - 7004 1160 0000 7305 6273–Delivered 10/30/23.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Troy A. Miller, in his official capacity as Acting Commissioner for US Customs & Border Protection
c/o Attorney General of US
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Total Postage & Fees $

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7004 1160 0000 7305 6273

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Troy A. Miller, in his official capacity as Acting Commissioner for US Customs & Border Protection
c/o Attorney General of US
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 6326 0296 0612 23

2. Article Number (Transfer from service label)
7004 1160 0000 7305 6273

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70041160000073056273

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:37 am on October 30, 2023 in WASHINGTON, DC 20229.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20229
October 30, 2023, 6:37 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20229
October 29, 2023, 9:56 am

**Arrived at Hub**
WASHINGTON, DC 20018
October 29, 2023, 8:24 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 29, 2023, 1:59 am

**Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
October 28, 2023, 8:04 am

**Arrived at USPS Regional Facility**

Feedback

AUSTIN TX DISTRIBUTION CENTER
October 28, 2023, 2:04 am

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs