AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| The State of Texas<br><br>_Plaintiff(s)_<br><br>v.<br><br>U.S. Department of Homeland Security, et al.<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:23-cv-00055 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  U.S. Customs & Border Protection
by registered or certified mail to:
c/o Stephanie Rico, Civil Process Clerk at
Office of US Attorney-  WD of Texas
601 N.W. Loop 410
San Antonio, TX 78216-5597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan D. Walters
Office of the Attorney General
Special Litigation Division
PO Box 12548, Capitol Station
Austin,TX 78711-2548
ryan.walters@oag.texas.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  10/26/23

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00055

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Customs & Border Protection

was received by me on *(date)*   10/26/23   .

☒ I personally served the summons on the individual at *(place)*   c/o Stephanie Rico, Civil Process Clerk at Office of US Attorney- WD of Texas

601 N.W. Loop 410, San Antonio, TX 78216-5597   on *(date)*   10/30/23   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:   10/30/23

_____
*Server's signature*

Ryan D. Walters, Chief for Special Litigation Division
*Printed name and title*

Office of the Attorney General
PO Box 12548, Capitol Station
Austin, TX 78711-2548
*Server's address*

Additional information regarding attempted service, etc:

On October 27, 2023, I served this summons, Plaintiff's Original Complaint, Plaintiff's Motion for Preliminary Injunction or Stay of Agency Action and Appendix, and Plaintiff's Emergency Motion for a Temporary Restraining Order or Stay of Agency Action and Appendix; via Certified Mail, Return Receipt Requested - 7004 1160 0000 7305 6228 –Delivered 10/30/23.



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

**OFFICIAL USE**

Postage $

Return
(Endorse
Restricte
(Endorse

Total P

U.S. Customs & Border Protection
c/o Stephanie Rico, Civil Process Clerk at
Office of US Attorney-WD of Texas
601 N.W. Loop 410
San Antonio, TX 78216-5597

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

PS Form 3800, June 2002

7004 1160 0000 7305 6228

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X   ☐ Agent   ☐ Addressee <br> B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: <br><br> U.S. Customs & Border Protection <br> c/o Stephanie Rico, Civil Process Clerk at <br> Office of US Attorney-WD of Texas <br> 601 N.W. Loop 410 <br> San Antonio, TX 78216-5597 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 6326 0296 0612 61 | 3. Service Type <br> ☐ Adult Signature   ☐ Priority Mail Express® <br> ☐ Adult Signature Restricted Delivery   ☐ Registered Mail™ <br> ☒ Certified Mail®   ☐ Registered Mail Restricted Delivery <br> ☐ Certified Mail Restricted Delivery   ☒ Signature Confirmation™ <br> ☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery <br> ☐ Collect on Delivery Restricted Delivery |
| 2. Article Number *(Transfer from service label)* <br> 7004 1160 0000 7305 6228 | all Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053                     Domestic Return Receipt

# USPS Tracking®

**FAQs ❯**

**Tracking Number:**                                                      **Remove ✕**

## 70041160000073056228

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:50 am on October 30, 2023 in SAN ANTONIO, TX 78216.

Feedback

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
SAN ANTONIO, TX 78216
October 30, 2023, 10:50 am

● **Out for Delivery**
SAN ANTONIO, TX 78246
October 30, 2023, 6:10 am

● **Arrived at Post Office**
SAN ANTONIO, TX 78246
October 30, 2023, 2:58 am

● **Arrived at USPS Facility**
SAN ANTONIO, TX 78246
October 29, 2023, 1:07 pm

● **Departed USPS Regional Facility**
SAN ANTONIO TX DISTRIBUTION CENTER
October 29, 2023, 4:10 am

● **Arrived at USPS Regional Facility**

SAN ANTONIO TX DISTRIBUTION CENTER
October 28, 2023, 2:20 pm

**Departed USPS Regional Facility**

SAN ANTONIO TX DISTRIBUTION CENTER ANNEX
October 28, 2023, 2:15 pm

**Arrived at USPS Regional Facility**

SAN ANTONIO TX DISTRIBUTION CENTER ANNEX
October 28, 2023, 9:34 am

**Departed USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 28, 2023, 8:04 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 27, 2023, 11:38 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                              ⌄

---

**USPS Tracking Plus®**                               ⌄

---

**Product Information**                               ⌄

---

**See Less** ⌃

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.