AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| The State of Texas | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 2:23-cv-00055 |
| U.S. Department of Homeland Security, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Homeland Security
by registered or certified mail to:
 Office of the General Counsel,
US Dept of Homeland Security
2707 Mjartin Luther King Jr Ave, SE,
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan D. Walters
Office of the Attorney General
Special Litigation Division
PO Box 12548, Capitol Station
Austin, TX 78711-2548
ryan.walters@oag.texas.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 10/26/23

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:23-cv-00055

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U.S. Dept. Homeland Security

was received by me on *(date)*     10/26/23     .

☒ I personally served the summons on the individual at *(place)*     c/o Office of the General Counsel, US Dept of Homeland Security

2707 Martin Luther King Jr. Ave, SE   Washington, DC 20528-0485 *(date)*     10/30/23     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .


I declare under penalty of perjury that this information is true.


Date:     10/30/23                              */s/ Ryan D. Walters*
_____                        _____
                                                        *Server's signature*

                                            Ryan D. Walters, Chief for Special Litigation Division
                                        _____
                                                        *Printed name and title*

                                            Office of the Attorney General
                                            PO Box 12548, Capitol Station
                                            Austin, TX 78711-2548
                                        _____
                                                        *Server's address*


Additional information regarding attempted service, etc:

On October 27, 2023, I served this summons, Plaintiff's Original Complaint, Plaintiff's Motion for Preliminary Injunction or Stay of Agency Action and Appendix, and Plaintiff's Emergency Motion for a Temporary Restraining Order or Stay of Agency Action and Appendix; via Certified Mail, Return Receipt Requested - 7004 1160 0000 7308 0056–Delivered 10/30/23.

## U.S. Postal Service
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

R
(Endo

Rest
(Endo

U. S. Dept. Homeland Security
c o Office of the General Counsel,
US Dept of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Total Postage & Fees | $

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0000 7308 0056
7004 1160 0000 7308 0056

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>U. S. Dept. Homeland Security<br>c o Office of the General Counsel,<br>US Dept of Homeland Security<br>2707 Martin Luther King Jr. Ave, SE<br>Washington, DC 20528-0485 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6326 0296 0613 77

2. Article Number *(Transfer from service label)*
7004 1160 0000 7308 0056

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☒ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| Mail | |
| Mail Restricted Delivery | |
| 00) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70041160000073080056

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:41 am on October 30, 2023 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
October 30, 2023, 6:41 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20528
October 29, 2023, 9:57 am

● **Arrived at Hub**

WASHINGTON, DC 20018
October 29, 2023, 8:23 am

● **Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 29, 2023, 1:46 am

● **Departed USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 28, 2023, 8:04 am

● **Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 27, 2023, 11:38 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**