THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>*Plaintiff*,<br>**v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,<br>*Defendants.* | Case No. 2:23-cv-00055-AM<br><br>Hon. Alia Moses |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

On October 24, 2023, Texas moved for leave to enlarge the page limitations for its motion for preliminary injunction from 20 pages to 40 pages, *see* ECF No. 3, and that motion remains pending. To the extent that the Court grants Texas's motion, Defendants respectfully request that the Court extend the page limitations for Defendants' Opposition to Texas's Motion for Preliminary Injunction [ECF No. 3-1] from 20 pages to 35 pages. The additional pages are necessary to fully address the many arguments Texas raised in its 39 pages of briefing in support of its motion for preliminary injunction. Texas does not oppose this request.

The proposed opposition and a proposed order are attached.

Dated: October 30, 2023                    Respectfully submitted,

                                                  BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAIME ESPARZA
United States Attorney

JEAN LIN
Special Litigation Counsel

/s/ *Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar 1029490)
Stephen Ehrlich (NY Bar No. 5264171)
Faith E. Lowry (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Federal Programs Branch, Civil Division
1100 L St., N.W.
Washington, D.C. 20005
Tel: (202) 305-0568 / Fax: (202) 616-8460
christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred via email with counsel for Texas, Ryan D. Walters of the Attorney General's Office, regarding the relief requested in this motion. Counsel for Texas stated that they do not oppose the motion.

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 30, 2023, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth