THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>　　　　　　　　　*Plaintiff,*<br>　**v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br>　　　　　　　　　*Defendants.* | Case No. 2:23-cv-00055-AM |

**[PROPOSED] ORDER**

Before the Court is Defendants' Unopposed Motion to Exceed Page Limitations. Finding that good cause exists, the Court hereby GRANTS the motion. Defendants may file an opposition to Texas's motion for preliminary injunction that does not exceed 35 pages.

So Ordered.

October __, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Alia Moses
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge