# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00055-AM |
| U.S. Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 10/31/2023

/s/ Christopher A. Eiswerth
*Attorney's signature*

Christopher A. Eiswerth (DC Bar No. 1029490)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Address*

christopher.a.eiswerth@usdoj.gov
*E-mail address*

(202) 305-0568
*Telephone number*

(202) 616-8460
*FAX number*