# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 2:23-CV-00055-AM** |
| **v.** | § | |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

---

## PLAINTIFF'S NOTICE OF FILING OF AMENDED DECLARATION OF MANUEL PEREZ

---

Plaintiff The State of Texas hereby files the revised Declaration of Manuel Perez in support of Plaintiff's Motion for Preliminary Injunction (ECF No. 3).

Plaintiff filed the original version of the Declaration of Manuel Perez herein on October 24, 2023, as part of the Appendix to Plaintiff's Motion for Preliminary Injunction (ECF No. 3-2, Appx. 001-003). The Court in its Order dated October 30, 2023 (ECF. No. 9) pointed out on page 5 in footnote 1 that the original Declaration of Manuel Perez was not sworn and did not include a penalty of perjury statement.

The revised Declaration of Manuel Perez attached hereto, which includes a penalty of perjury statement in accordance with 28 U.S.C. §1746, is offered in support of Plaintiff's pending Motion for Preliminary Injunction.

Dated: November 2, 2023.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**HEATHER L. DYER**
Special Counsel
Texas Bar No. 24123044

**SUSANNA DOKUPIL**
Special Counsel
Texas Bar No. 24034419

**DAVID BRYANT**
Special Counsel
Texas Bar No. 03281500

**ROBERT HENNEKE**
Texas Bar No. 24046058
Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700
rhenneke@texaspolicy.com

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1706
Ryan.Walters@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov
Heather.Dyer@oag.texas.gov
David.Bryant@oag.texas.gov

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 2, 2023, which automatically serves all counsel of record who are registered to receive notices in this case. I also served a copy of this document via email to counsel for Defendants, Jean Lin, at Jean.Lin@usdoj.gov.

*/s/Ryan D. Walters*
RYAN D. WALTERS