# DECLARATION OF MANUEL PEREZ

1.      My name is Manuel Perez. I am the Director of Procurement and Contract Services for the Office of State Administration within the Texas Military Department. In that role, I am responsible for reviewing all purchasing contracts made by the department. My current primary focus is working on Operation Lone Star.

2.      I served for twenty-three years in the United States Army, primarily working on logistics. I retired in 2004 with the rank of first sergeant. After retiring from the army, I spent ten years working as procurement team lead at the Comptroller's office and four years as a branch manager in the procurement division of the Department of Public Safety. I am a certified Texas Procurement Manager. In total, I have over thirty years of experience in logistics.

3.      Since the beginning of Operation Lone Star, I have created approximately 52 purchase orders for concertina wire and fencing material connected to c-wire placement. The first c-wire purchase was ordered on October 19, 2021. The latest purchase was on October 9, 2023. The total combined cost of all these orders is approximately $32,572,637.99. The two largest c-wire purchases in support of Operation Lonestar have taken place during 2023. The largest was on July 10, 2023 totaling $2,413,216.80 for 20,040 rolls. The second largest purchase was on October 9, 2023 totaling $874,800.00 for 7,200 rolls. The

Texas Military Department is currently in the process of receiving all of the c-wire ordered on October 9. I anticipate that the department will continue to order c-wire as the need arises.

4. The majority of the c-wire procured by the Texas Military Department is stored at a bill of materials yard in Eagle Pass, Texas to support Operation Lone Star activities in the area.

5. Concertina wire is similar to barbed wire. C-wire is purchased in rolls that can vary from 25 feet long to 50 feet long. These rolls are clamped together and attached to metal rods to keep them in place, thereby forming a fence. Per industry practice, 211 rolls of 30" x 25' c-wire can cover 1 mile, although this may vary depending on terrain and how much the wire is stretched.

6. In my experience, a single roll of 36" x 50' c-wire costs approximately $121.50 and a single roll of 30" x 25' c-wire costs approximately $321.65.

7. C-wire can be cut using bolt cutters or other tools that can be purchased at a hardware store. When cut, c-wire is difficult to repair and is often replaced instead.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

Signed this 31st day of October 2023.

*Manual Perez*
Manuel Perez

Director of Procurement and
Contract Services

Office of State Administration
Texas Military Department.