UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS,** § § § *Plaintiff*, § § v. § § **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, § § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00055-AM |

### Plaintiff's Unopposed Motion for Leave to Exceed Page Limitations

Plaintiff the State of Texas requests that the Court extend the page limitations for its Reply in Support of its Motion for Preliminary Injunction or Stay of Agency Action from 10 pages to 20 pages. The additional pages are necessary to fully address the important issues before the Court. Defendants do not oppose this motion.

A proposed order is attached.

Dated: November 5, 2023.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**ROBERT HENNEKE**
Texas Bar No. 24026058
Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700
rhenneke@texaspolicy.com

Respectfully submitted.

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085

**DAVID BRYANT**
Special Counsel
Texas Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**HEATHER L. DYER**
Special Counsel
Texas Bar No. 24123044

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1706
Ryan.Walters@oag.texas.gov
David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov
Heather.Dyer@oag.texas.gov

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

I certify that on November 5, 2023, I conferred via email with counsel for Defendants, Christopher Eiswerth, regarding the relief requested in this motion. Counsel for Defendants stated that they do not oppose this motion.

*/s/Ryan D. Walters*
**RYAN D. WALTERS**

**CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 5, 2023, which automatically serves all counsel of record who are registered to receive notices in this case.

      */s/Ryan D. Walters*
      RYAN D. WALTERS