# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS,** § § § *Plaintiff,* § § v. § § **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, § § § *Defendants.* § | CIVIL ACTION NO. 2:23-CV-00055-AM |

## APPENDIX TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION OR STAY OF AGENCY ACTION

| | | |
|---|---|---|
| R-1 | Declaration of Sean Storrud | Reply.Appx. 001 - 007 |
| R-2 | Map of Concertina Wire Locations | Reply.Appx. 008 - 016 |

Dated: November 5, 2023.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy


**ROBERT HENNEKE**
Texas Bar No. 24026058
Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700
rhenneke@texaspolicy.com

Respectfully submitted.

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085

**DAVID BRYANT**
Special Counsel
Texas Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**HEATHER L. DYER**
Special Counsel
Texas Bar No. 24123044

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1706
Ryan.Walters@oag.texas.gov
David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov
Heather.Dyer@oag.texas.gov

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 5, 2023.

*/s/Ryan D. Walters*
RYAN D. WALTERS

## DECLARATION OF SEAN STORRUD

1.  My name is Sean Storrud. I am a Major in the Texas Army National Guard. I am the commander of Operation Lone Star's Task Force (TF) West. In that role, I am responsible for commanding Texas Military Department (TMD) personnel in the City of El Paso and Big Bend region. I currently have 705 Soldiers and Airmen under my command. Our mission is to prevent, deter, and interdict illegal border crossings. In support of this mission, we provide overwatch of approximately 20 linear miles of concertina wire barrier along the Rio Grande River in the immediate vicinity of El Paso. We directly support the Texas Department of Public Safety in their law enforcement efforts. TF West Soldiers have turned back over 30,000 attempted illegal border crossings since January 1st of this year. We couldn't have done this without the concertina wire barrier. We initially established our concertina wire barrier in December of 2022 and since that time, I have personally witnessed adult males in Mexico flashing guns and knives at my Soldiers and cursing us.

2.  In my role overseeing Operation Lone Star's efforts in the western sector, I regularly work and collaborate with a variety of federal entities, including the U.S. Border Patrol (USBP), the U.S. Customs and Border Protection (CBP), the International Boundary and Water Commission (IBWC), and their agents and employees.

3. In particular, I have worked and collaborated with federal employees to procure, deploy, and maintain concertina wire barriers to deter illegal migration into Texas and the United States, including the same kind of concertina wire fencing that Texas has deployed near Eagle Pass, Texas.

4. Over the past year, this collaboration has been extensive. CBP employees have proposed projects using concertina wire, state agents have given concertina wire to federal agents to assist them in deploying wire fencing, and federal agents have given concertina wire to state agents to assist them in doing the same. USBP employees have even considered asking TMD soldiers to help train federal agents on how to deploy concertina wire.

5. Texas's border with Mexico passes through five different border patrol sectors designated by CBP—the Rio Grande Sector, the Laredo Sector, the Del Rio Sector, the Marfa Sector, and the El Paso Sector. Each sector is itself comprised of multiple stations.

6. The El Paso Sector covers the City of El Paso and the surrounding areas. It also covers the entire State of New Mexico and is comprised of 10 different sections. The Santa Teresa Station, for example, includes the far western portion of the City of El Paso as well as large stretches of the Chihuahuan Desert in New Mexico just west of El Paso.

7. In late January or early February 2023, an officer from USBP's El Paso Station contacted TF West to arrange a meeting with USBP's Santa Teresa Station. I personally met with BP agents on the ground near American Dam (at the corner where the Texas, Mexico, and New Mexico borders meet), where they proposed placing concertina wire fencing along the Texas-New Mexico border. Federal agents described how migrants were illegally crossing the border into New Mexico and then crossing the Rio Grande into Texas. After crossing into Texas, migrants would attempt to cross two highways on foot. On multiple occasions migrants were hit by vehicular traffic. TMD soldiers, myself included, agreed with the federal agents' recommendation that deploying concertina wire fencing would help deter these illegal crossings in and around El Paso and to route migrants to lawful ports of entry. At the time, however, TF West lacked the engineers and manning necessary to install the concertina wire due to higher priority projects. This project would be started in May of 2023.

8. On or around May 6, 2023, USBP contacted TMD about an existing breach in a federal border wall around Yarborough Drive on the east side of El Paso. Migrants illegally crossing through the breach were often seen rushing to getaway cars parked on Yarborough just across the river and speeding away to evade apprehension. At the request of USBP, TMD deployed concertina wire to prevent migrants from entering through this breach.

9. On May 11, 2023, the federal government allowed the Title 42 program to expire as President Biden had previously announced. Because federal and state law enforcement officers anticipated a large surge of illegal migration as soon as the program ended, CBP agents requested TMD provide additional concertina wire to deploy across the Paso Del Norte Bridge in El Paso, Texas, and around the base of the bridge.

10. On May 12, 2023, hundreds of migrants rushed across the Paso Del Norte Bridge in an attempt to overrun CBP. CBP was able to turn back the migrants with the assistance of barriers reinforced with concertina wire. At the same time, Texas agents (TMD and DPS) stood alongside USBP officers under the bridge at a TMD installed barrier turning back hundreds more migrants. In both cases the concertina wire barrier managed to prevent the mass of migrants from entering illegally. At CBP's request, TMD provided CBP a half pallet of concertina wire to assist CBP in reinforcing the bridge for officer protection to ensure that, in the event of a riot, adequate distance was maintained between CBP officers and rioters.

11. On May 13, 2023, I personally oversaw TMD soldiers installing concertina wire fencing along the first quarter of a mile of the Texas-New Mexico border, consistent with the proposal of USBP agents (from the meeting in early February). We removed the concertina wire a couple of weeks later at the request

of IBWC in order to facilitate river maintenance. By that time, irrigation water had been released from upstream forming a lake in that area.

12. In August 2023, CBP agents obtained a large supply of concertina wire at the U.S. Army base at Fort Bliss in El Paso, Texas. At the request of CBP agents, TMD soldiers helped load the coils of concertina wire onto trucks so that federal agents could transport the wire to New Mexico and deploy it there.

13. On or around September 7, 2023, an officer from CBP once again contacted TMD about resuming the earlier proposal to deploy one and a half miles of concertina wire fencing along the Texas-Mexico border and one and a half miles of concertina wire fencing along the Texas-New Mexico border in western El Paso. A couple of weeks later, Texas DPS requested a concertina wire barrier in the same location for the same reason. Migrants crossing into Texas in that area were crossing highways on foot or getting picked up resulting in high-speed chases putting themselves and the residents of El Paso in danger.

14. Although TMD initially agreed to resume the project, I notified federal agents that TMD lacked sufficient supply of concertina wire at that time to complete it. Just as TMD had previously given concertina wire to USBP, on this occasion USBP gave 40 pallets of concertina wire to TMD. A USBP officer even suggested using TMD soldiers to train federal agents on how to deploy concertina wire fencing so they could deploy similar barriers in New Mexico.

15. On or around October 4, 2023, at CBP's request and using CBP-provided concertina wire, TMD began to erecting a concertina wire fence along the one and a half mile stretch of the Texas- New Mexico border. Since then, TMD has also begun erecting a concertina wire fence along the immediately adjoining one and a half mile stretch of the Texas-Mexico border.

16. TMD has deployed over 17 miles of concertina wire along the border in the El Paso area. To my knowledge, no federal official in the El Paso area has cut, damaged, destroyed, or tampered with TMD's concertina wire without first coordinating with TMD personnel. I have never heard a federal agent express concern that concertina wire reduced agents' visibility of the Rio Grande or migrant activity there.

17. In my experience, federal and state agents have routinely worked together to ensure they can carry out their duties while deploying and maintaining concertina wire in El Paso, Texas. For example, TMD has temporarily repositioned wire barriers to allow for grass cutting, to allow IBWC equipment to pass, and to address discrete medical emergencies. These actions by TMD are always done in a deliberate and controlled manner. TMD personnel routinely close any breach as soon as the immediate need has dissipated, rather than leaving a breach open to facilitate illegal entries.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

Signed this 4th day of November 2023.

STORRUD.SEAN.DANIEL.1266949673
Digitally signed by STORRUD.SEAN.DANIEL.1266949673
Date: 2023.11.04 15:43:20 -06'00'

Sean D. Storrud
MAJ, FA, TXARNG
TF WEST, Commanding

# Operation Lone Star – Overall Overview



Notes:

Reply.Appx008
250900SEP23





# Operation Lone Star – Maverick



## C-Wire

| County | Total installed C-Wire (In miles) | Total Reinforced C-Wire (In miles) | CONNEXs |
|---|---|---|---|
| Val Verde | 0 | 0 | 0 |
| Maverick | 29.08 | 10.94 | 98 |
| Webb | 0.00 | 0.00 | 0 |
| Zapata | 0.00 | 0.00 | 0 |
| Starr | 3.13 | 1.79 | 0 |
| El Paso | 24.13 | 5.12 | 0 |
| Cameron | 8.41 | 1.29 | 0 |
| Hidalgo | 17.58 | 5.62 | 0 |
| Total | 82.33 | 24.76 | 98 |

107.09

Notes:

Reply.Appx010
**250900SEP23**



# Operation Lone Star–Webb



## C-Wire

| County | Total installed C-Wire (In miles) | Total Reinforced C-Wire (In miles) | CONNEXs |
|---|---|---|---|
| Val Verde | 0 | 0 | 0 |
| Maverick | 29.08 | 10.94 | 98 |
| Webb | 0.00 | 0.00 | 0 |
| Zapata | 0.00 | 0.00 | 0 |
| Starr | 3.13 | 1.79 | 0 |
| El Paso | 24.13 | 5.12 | 0 |
| Cameron | 8.41 | 1.29 | 0 |
| Hidalgo | 17.58 | 5.62 | 0 |
| Total | 82.33 | 24.76 | 98 |
| | 107.09 | | |

Notes:

Reply.Appx011

**250900SEP23**



# Operation Lone Star- Zapata



## C-Wire

| County | Total installed C-Wire (In miles) | Total Reinforced C-Wire (In miles) | CONNEXs |
|---|---|---|---|
| Val Verde | 0 | 0 | 0 |
| Maverick | 29.08 | 10.94 | 98 |
| Webb | 0.00 | 0.00 | 0 |
| Zapata | 0.00 | 0.00 | 0 |
| Starr | 3.13 | 1.79 | 0 |
| El Paso | 24.13 | 5.12 | 0 |
| Cameron | 8.41 | 1.29 | 0 |
| Hidalgo | 17.58 | 5.62 | 0 |
| Total | 82.33 | 24.76 | 98 |
| | 107.09 | | |

Notes:

Reply.Appx012
**250900SEP23**



# Operation Lone Star – Starr



| County | Total installed C-Wire (In miles) | Total Reinforced C-Wire (In miles) | CONNEXs |
|---|---|---|---|
| Val Verde | 0 | 0 | 0 |
| Maverick | 29.08 | 10.94 | 98 |
| Webb | 0.00 | 0.00 | 0 |
| Zapata | 0.00 | 0.00 | 0 |
| Starr | 3.13 | 1.79 | 0 |
| El Paso | 24.13 | 5.12 | 0 |
| Cameron | 8.41 | 1.29 | 0 |
| Hidalgo | 17.58 | 5.62 | 0 |
| Total | 82.33 | 24.76 | 98 |
| | 107.09 | | |

Notes:

Reply.Appx013

250900SEP23





# Operation Lone Star - Cameron



## C-Wire

| County | Total installed C-Wire (In miles) | Total Reinforced C-Wire (In miles) | CONNEXs |
|---|---|---|---|
| Val Verde | 0 | 0 | 0 |
| Maverick | 29.08 | 10.94 | 98 |
| Webb | 0.00 | 0.00 | 0 |
| Zapata | 0.00 | 0.00 | 0 |
| Starr | 3.13 | 1.79 | 0 |
| El Paso | 24.13 | 5.12 | 0 |
| Cameron | 8.41 | 1.29 | 0 |
| Hidalgo | 17.58 | 5.62 | 0 |
| Total | 82.33 | 24.76 | 98 |
| 107.09 | | | |

Notes:

Reply.Appx015

**250900SEP23**



# Operation Lone Star- Hidalgo



## C-Wire

| County | Total installed C-Wire (In miles) | Total Reinforced C-Wire (In miles) | CONNEXs |
|---|---|---|---|
| Val Verde | 0 | 0 | 0 |
| Maverick | 29.08 | 10.94 | 98 |
| Webb | 0.00 | 0.00 | 0 |
| Zapata | 0.00 | 0.00 | 0 |
| Starr | 3.13 | 1.79 | 0 |
| El Paso | 24.13 | 5.12 | 0 |
| Cameron | 8.41 | 1.29 | 0 |
| Hidalgo | 17.58 | 5.62 | 0 |
| Total | 82.33 | 24.76 | 98 |

107.09

Notes:

Reply.Appx016

**250900SEP23**