UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS,** § § § *Plaintiff,* § § v. § § **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, § § § *Defendants.* § | CIVIL ACTION NO. 2:23-CV-00055-AM |

### [Proposed] Order Granting Motion to Exceed Page Limitations

Before the Court is Defendants' Motion to Exceed Page Limitations. After considering the motion, record, and relevant authorities, the Court hereby GRANTS the motion and allows Plaintiff 20 pages for its Reply in Support of its Motion for Preliminary Injunction or Stay of Agency Action.

SIGNED on this the _____ day of _____, 2023.

_____
Hon. Alia Moses
United States District Judge