AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00055-AM |
| U.S. Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants   .

Date:   11/7/2023

/s/ Stephen Ehrlich
*Attorney's signature*

Stephen Ehrlich (NY Bar No. 5264171)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
970 Broad Street, 7th Floor
Newark, NJ 07102
*Address*

stephen.ehrlich@usdoj.gov
*E-mail address*

(202) 305-9803
*Telephone number*

(202) 616-8460
*FAX number*