AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** **DISTRICT OF** **TEXAS**

FILED
NOV 7 2023
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

STATE OF TEXAS

V.

US DEPARTMENT OF HOMELAND SECURITY, Alejandro Mayorkas, US Customs & Border Protection, US Border Patrol, Troy A. Miller, Jason Owens, Juan Bernal

**EXHIBIT AND WITNESS LIST**

Case Number: DR-23-CV-55 AM

| PRESIDING JUDGE ALIA MOSES | PLAINTIFF'S ATTORNEY David Bryant, Ryan Walters, Munera Al-Heather Lee Dyer | DEFENDANT'S ATTORNEY Faith Johson Lowry and Stephen Ehrlich |
|---|---|---|
| Preliminary Injunction Hearing November 7, 2023 | COURT REPORTER Vickie Lee Garza | COURTROOM DEPUTY Debbie Green/Jeanette Mendoza |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11/7/2023 | | | Michael Banks. Border Czar |
| X | | 11/7/2023 | 1-76 | 11/7/2023 | State of Texas Exhibits |
| X | | 11/7/2023 | | | Deputy Chief Mario Trevino, US Border Patrol |
| X | | 11/7/2023 | | | Deputy Chief David Miller, US Border Patrol |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1