UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS,** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 2:23-CV-00055-AM |
| v. § | |
| § | |
| **U.S. DEPARTMENT OF HOMELAND** § | |
| **SECURITY,** *et al.,* § | |
| § | |
| *Defendants.* § | |

**JOINT NOTICE REGARDING SECOND PRELIMINARY INJUNCTION HEARING**

In response to the Court's November 9 Order, ECF 33, the parties submit the following:

The parties have conferred regarding a second preliminary-injunction hearing date prior to the expiration of the currently extended TRO at 9:30 a.m. on Monday, November 27. The parties agreed that they can be available for a second preliminary-injunction hearing on Monday, November 20 or Tuesday, November 21, 2023, recognizing that the Court is closed on November 22 and 24. Due to the Thanksgiving holiday, however, Defendants respectfully request that if the Court is amenable, the Court hold the hearing on November 27 or 28. If the Court were to schedule the hearing for November 27 or 28, Defendants would consent to an extension of the TRO to Wednesday, November 29, at 11:59 p.m. Texas would not oppose such an extension of the TRO and a hearing on Monday, November 27, or Tuesday, November 28, but only if that timing would permit sufficient time for the Court to rule on the Motion for Preliminary Injunction and make the findings and conclusions required by Fed. R. Civ. P. 52(a)(2) prior to the expiration of the extended TRO.

The parties are actively working to gather materials responsive to the Court's order and

preparing supplemental briefs as directed by the Court. However, Defendants intend to apprise the Court tomorrow of their capabilities to comply with the Court's order for production of documents and plan to move to modify the scope of the order.

If for any reason the Court concludes that it cannot hold the second hearing prior to the expiration of the TRO, Texas respectfully suggests the Court rule on the pending preliminary-injunction motion prior to the expiration of the TRO.

| | |
|---|---|
| Dated: November 13, 2023. | Respectfully submitted. |
| | |
| **KEN PAXTON** | */s/ Ryan D. Walters* |
| Attorney General of Texas | **RYAN D. WALTERS** |
| | Chief, Special Litigation Division |
| **BRENT WEBSTER** | Texas Bar No. 24105085 |
| First Assistant Attorney General | |
| | **DAVID BRYANT** |
| **GRANT DORFMAN** | Special Counsel |
| Deputy First Assistant Attorney General | Texas Bar No. 03281500 |
| | |
| **RALPH MOLINA** | **MUNERA AL-FUHAID** |
| Deputy Attorney General for Legal Strategy | Special Counsel |
| | Texas Bar No. 24094501 |
| | |
| **ROBERT HENNEKE** | **HEATHER L. DYER** |
| Texas Bar No. 24026058 | Special Counsel |
| Texas Public Policy Foundation | Texas Bar No. 24123044 |
| 901 Congress Ave. | |
| Austin, Texas 78701 | Office of the Attorney General |
| (512) 472-2700 | Special Litigation Division |
| rhenneke@texaspolicy.com | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | (512) 936-1706 |
| | Ryan.Walters@oag.texas.gov |
| | David.Bryant@oag.texas.gov |
| | Munera.Al-Fuhaid@oag.texas.gov |
| | Heather.Dyer@oag.texas.gov |
| | |
| | **COUNSEL FOR PLAINTIFF** |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAIME ESPARZA
United States Attorney

JEAN LIN
Special Litigation Counsel

/s/*Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar 1029490)
Stephen Ehrlich (NY Bar No. 5264171)
Faith E. Lowry (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Federal Programs Branch, Civil Division
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 305-0568 / Fax: (202) 616-8460
christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 13, 2023, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/Ryan D. Walters*
RYAN D. WALTERS