THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> *Plaintiff,* <br><br> **v.** <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.,* <br><br> *Defendants.* | Case No. 2:23-cv-00055-AM |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION
TO MODIFY THE COURT'S NOVEMBER 9, 2023 ORDER**

Upon consideration of Defendants' Motion to Modify the Court's November 9, 2023 Order and the evidence attached thereto, the Court hereby GRANTS the motion. It is FURTHER ORDERED on or before the date of the second preliminary injunction hearing, Defendants shall produce: responsive documents from the search described in paragraphs 11, 12, and 15 of the Courey Declaration that DHS is able to identify, gather, review, process and produce by the second preliminary injunction hearing. Further document production is hereby suspended.

SO ORDERED on _____.

_____
Alia Moses
CHIEF UNITED STATES DISTRICT JUDGE

1