UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
NOV 16 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| STATE OF TEXAS | § § | CIVIL NO: |
| vs. | § § | DR:23-CV-00055-AM |
| US DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, US CUSTOMS AND BORDER PROTECTION, US BORDER PATROL, TROY A. MILLER, JASON OWENS, JUAN BERNAL | § § | |

## ORDER SETTING VIRTUAL CONFERENCE RE: DOCUMENT PRODUCTION, TRO, AND SECOND PI HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **VIRTUAL CONFERENCE RE: DOCUMENT PRODUCTION, TRO, AND SECOND PI HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, November 21, 2023 at 01:00 PM**. A Zoom link will be sent to all parties.

IT IS SO ORDERED this 16th day of November, 2023.

ALIA MOSES
CHIEF U.S. DISTRICT JUDGE