# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | No. 2:23-cv-00055-AM |

## DEFENDANTS' NOTICE OF APPEARANCE

Notice is hereby given to the Court and Plaintiff of the appearance of the undersigned as counsel for Defendants. It is respectfully requested that the Clerk of Court retain Christopher Eiswerth and Faith Johnson Lowry as lead counsel for Defendants, add Robert D. Green as additional notice counsel for Defendants, and that Mary F. Kruger and Lacy L. McAndrew be removed from filing notification in this case.

Respectfully submitted,

**Jaime Esparza**
United States Attorney

By:   */s/ Robert D. Green*
Robert D. Green
Assistant United States Attorney
Texas Bar No. 24087626
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
robert.green3@usdoj.gov