UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | CIVIL NO: |
| vs. | § | DR:23-CV-00055-AM |
| | § | |
| US DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, US CUSTOMS AND BORDER PROTECTION, US BORDER PATROL, TROY A. MILLER, JASON OWENS, JUAN BERNAL | § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, November 27, 2023 at 10:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 21st day of November, 2023.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE