IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
NOV 21 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| THE STATE OF TEXAS,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security, U.S. CUSTOMS & BORDER PROTECTION, U.S. BORDER PATROL, TROY A. MILLER, in his official capacity as Acting Commissioner for U.S. Customs & Border Protection, JASON OWENS, in his official capacity as Chief of U.S. Border Patrol, and JUAN BERNAL, in his official capacity as Acting Chief Patrol Agent, Del Rio Sector U.S. Border Patrol<br>    Defendants. | Civil Action No. DR-23-CV-00055-AM |

## SUPPLEMENTAL ORDER

It is **ORDERED** that based on today's virtual conference and the parties' previous filing (ECF No. 36), the temporary restraining order initially issued on October 30, 2023 at 9:30 a.m. and then extended to November 27, 2023 at 9:30 a.m. be extended to November 29, 2023 at 11:59 p.m. on the consent of the parties, which will provide the Court enough time to render a timely decision on the pending preliminary injunction motion; and

It is **FURTHER ORDERED** that the Defendants have until November 27, 2023 at 10 a.m. to produce outstanding documents that the Court ordered on November 9, 2023 to be produced, as modified by the Court's November 15, 2023 order, through a virtual link that the Court has already sent to the parties.

SIGNED and ENTERED on this 21st day of November 2023.

ALIA MOSES
Chief United States District Judge