THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

|  |  |
|---|---|
| **STATE OF TEXAS**, | |
| *Plaintiff,* | Case No. 2:23-cv-00055-AM |
| **v.** | |
| | Hon. Alia Moses |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.,* | |
| *Defendants.* | |

### DEFENDANTS' NOTICE OF EXHIBITS ADMITTED
### AT NOVEMBER 27, 2023 HEARING

For purposes of the record, attached to this notice are Exhibits 1–24, which were

offered and admitted at the preliminary injunction hearing held on November 27, 2023.

*See* Appendix.

Dated: November 29, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAIME ESPARZA
United States Attorney

JEAN LIN
Special Litigation Counsel

/s/ *Faith E. Lowry*
Faith E. Lowry (TX Bar No. 24099560)
Christopher A. Eiswerth (D.C. Bar 1029490)
Stephen Ehrlich (NY Bar No. 5264171)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.

Washington, D.C. 20530
Tel: (202) 305-2532 / Fax: (202) 616-8460
Faith.e.lowry@usdoj.gov

Robert D. Green (TX Bar No. 24087626)
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7362 / Fax: (210) 384-7312
robert.green3@usdoj.gov

*Counsel for Defendants*


## CERTIFICATE OF SERVICE


I hereby certify that I caused a true and accurate copy of the foregoing document to be filed electronically (via CM/ECF) on November 29, 2023, which automatically serves all counsel of record who are registered to receive notices in this case.


*/s/ Faith E. Lowry*
Faith E. Lowry