# **APPENDIX A**

















