THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>      *Plaintiff,*<br>**v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br>      *Defendants.* | Case No. 2:23-cv-00055-AM |

**[PROPOSED] ORDER DENYING TEXAS'S EMERGENCY MOTION FOR AN INJUNCTION PENDING APPEAL**

Upon consideration of Texas's Emergency Motion for an Injunction Pending Appeal, ECF No. 59, and Defendants' opposition, the Court hereby DENIES the motion.

SO ORDERED on December __, 2023.

_____
ALIA MOSES
Chief United States District Judge