# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50869    State of Texas v. DHS
                  USDC No. 2:23-CV-55

Enclosed is an order entered in this case.

FILED
DEC 0 4 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Ari Cuenin
Mr. Philip Devlin
Mr. Christopher A. Eiswerth
Mr. Robert D. Green
Mr. Robert E. Henneke
Mr. James Andrew Mackenzie
Mr. Steven Andrew Myers
Mr. Aaron Lloyd Nielson
Ms. Melissa Nicole Patterson
Mr. Ryan Daniel Walters

# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50869

---

STATE OF TEXAS,

                    *Plaintiff—Appellant,*

*versus*

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security*; UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES BORDER PATROL; TROY MILLER, *Acting Commissioner, U.S. Customs and Border Protection*; JASON OWENS, *in his official capacity as Chief of the U.S. Border Patrol*; JUAN BERNAL, *in his official capacity as Acting Chief Patrol Agent, Del Rio Sector United States Border Patrol*,

                    *Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-55

---

## UNPUBLISHED ORDER

Before HAYNES, WILLETT, and DUNCAN, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellant's opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the

No. 23-50869

motion for an injunction pending appeal by 5:00 p.m. on Friday, December 8, 2023.