# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>                   *Plaintiff,*<br>    **v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br>                   *Defendants.* | Case No. 2:23-cv-00055-AM |

## [PROPOSED] ORDER STAYING PROCEEDINGS

Upon consideration of Defendants' motion to stay district-court proceedings or, in the alternative, for an extension of time to the complaint, it is hereby ORDERED that the motion to stay district-court proceedings is GRANTED. This case is stayed, without prejudice to any party moving to lift the stay at any time, pending the resolution of appellate proceedings concerning this Court's denial of a preliminary injunction. The parties are further directed to file a joint status report concerning further proceedings within 14 days of the Fifth Circuit issuing its mandate in this case.

    SO ORDERED.

December __, 2023

                                                                 ALIA MOSES
                                                                 Chief United States District Judge