IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
DEC 22 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| THE STATE OF TEXAS,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security, U.S. CUSTOMS & BORDER PROTECTION, U.S. BORDER PATROL, TROY A. MILLER, in his official capacity as Acting Commissioner for U.S. Customs & Border Protection, JASON OWENS, in his official capacity as Chief of U.S. Border Patrol, and JUAN BERNAL, in his official capacity as Acting Chief Patrol Agent, Del Rio Sector U.S. Border Patrol,<br>    Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. DR-23-CV-00055-AM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

It is **ORDERED** that the Defendants' motion to stay district court proceedings pending appeal or else to extend the time for the Defendants to respond to the Complaint by 30 days [ECF No. 72] is **GRANTED IN PART** and **DENIED IN PART**;

It is **FURTHER ORDERED** that the opposed section of the Defendants' motion concerning a stay of district court proceedings pending appeal is **DENIED**, but the unopposed section of the Defendants' motion concerning a 30-day time extension to respond to the Complaint is **GRANTED** only to the extent that the time to respond to the Complaint is extended; and

It is **FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and in the interest of judicial economy, the Defendants have 90 days from December 22, 2023 to respond to the Complaint. The matters pending in this Court may be clarified by any decision by the Fifth Circuit Court of Appeals.

SIGNED and ENTERED on this 22nd day of December 2023.

_____
ALIA MOSES
Chief United States District Judge