Case 2:23-cv-00055-AM   Document 105   Filed 12/28/23   Page 1 of 3

**FILED**
December 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____J.A. Ward_____
DEPUTY

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50869   State of Texas v. DHS
                    USDC No. 2:23-CV-55

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Ari Cuenin
Mr. Philip Devlin
Mr. Christopher A. Eiswerth
Mr. Robert D. Green
Mr. Robert E. Henneke
Mr. James Andrew Mackenzie
Mr. Steven Andrew Myers
Mr. Aaron Lloyd Nielson
Ms. Melissa Nicole Patterson
Mr. Ryan Daniel Walters

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 28, 2023
Lyle W. Cayce
Clerk

No. 23-50869

───────────

STATE OF TEXAS,

                              *Plaintiff—Appellant*,

versus

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security*; UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES BORDER PATROL; TROY MILLER, *Acting Commissioner, U.S. Customs and Border Protection*; JASON OWENS, *in his official capacity as Chief of the U.S. Border Patrol*; JUAN BERNAL, *in his official capacity as Acting Chief Patrol Agent, Del Rio Sector United States Border Patrol*,

                              *Defendants—Appellees*.

───────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-55

───────────

## UNPUBLISHED ORDER

Before HAYNES, WILLETT, and DUNCAN, *Circuit Judges*.

PER CURIAM:

No. 23-50869

IT IS ORDERED that appellee's opposed motion to expedite the appeal is GRANTED. The merits panel will set a briefing schedule and argument date.