# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 08, 2024

FILED  
JAN 0 9 2024  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____  
DEPUTY CLERK

Mr. Scott Harris  
Supreme Court of the United States  
One First Street, N.E.  
Washington, DC 20543

    No. 23-50869    State of Texas v. DHS  
                          USDC No. 2:23-CV-55

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Western District of Texas is directed to transmit their record to the United States Supreme Court.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Lisa E. Ferrara, Deputy Clerk  
                                504-310-7675

cc:  
      Mr. Ari Cuenin  
      Mr. Philip Devlin  
      Mr. Christopher A. Eiswerth  
      Ms. Vickie Garza  
      Mr. Robert D. Green  
      Mr. Robert E. Henneke  
      Mr. James Andrew Mackenzie  
      Mr. Steven Andrew Myers  
      Mr. Aaron Lloyd Nielson  
      Ms. Melissa Nicole Patterson  
      Mr. Ryan Daniel Walters

P.S. This court will provide the video to you separately.