IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
FEB 7 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| THE STATE OF TEXAS,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security, U.S. CUSTOMS & BORDER PROTECTION, U.S. BORDER PATROL, TROY A. MILLER, in his official capacity as Acting Commissioner for U.S. Customs & Border Protection, JASON OWENS, in his official capacity as Chief of U.S. Border Patrol, and JUAN BERNAL, in his official capacity as Acting Chief Patrol Agent, Del Rio Sector U.S. Border Patrol,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. DR-23-CV-00055-AM |

## ORDER

It is **ORDERED** that the parties inform the Court by February 29, 2024 whether they intend to change the name of any party due to changes in duty stations of any named party.

SIGNED and ENTERED on this 7th day of February, 2024.

_____
ALIA MOSES
Chief United States District Judge