IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
FEB 7 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| THE STATE OF TEXAS,<br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security, U.S. CUSTOMS & BORDER PROTECTION, U.S. BORDER PATROL, TROY A. MILLER, in his official capacity as Acting Commissioner for U.S. Customs & Border Protection, JASON OWENS, in his official capacity as Chief of U.S. Border Patrol, and JUAN BERNAL, in his official capacity as Acting Chief Patrol Agent, Del Rio Sector U.S. Border Patrol,<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. DR-23-CV-00055-AM |

## ORDER

It is **ORDERED** that the parties provide to the Court any and all documents involving communications, including but not limited to reports and emails, regarding or referencing the Plaintiff's border wire barriers or Plaintiff's other barriers, including but not limited to concertina wire barriers, as well as any and all documents which regard or reference impediments to Federal agents' performance as a result of the barriers;

It is **FURTHER ORDERED** that the time period for the foregoing document production range from and including November 9, 2023, to the present;

It is **FURTHER ORDERED** that the parties provide this document production under seal, *ex parte*, and without any redaction so that the Court reviews these documents *in camera*;

It is **FURTHER ORDERED** that, as an emphasis, the Court will not exchange this document production among the parties unless the parties e-file a document expressing affirmative consent to same;

It is **FURTHER ORDERED** that where a privilege is asserted, the parties identify that privilege;

It is **FURTHER ORDERED** that the parties' production of these documents waives no privilege; and

It is **FURTHER ORDERED** that the parties produce these documents by February 21, 2024, through a virtual link that the Court will send to the parties, and that the parties have a duty to supplement these documents through that virtual link.

SIGNED and ENTERED on this 7th day of February, 2024.

ALIA MOSES
Chief United States District Judge