UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS,** § § § § § § § § § § | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 2:23-CV-00055-AM |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, | |
| *Defendants.* | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(d)**

On this day the Court considered Plaintiff's Unopposed Motion to Substitute Pursuant to Federal Rule of Civil Procedure 25(d). The Court finds that the motion is meritorious and that it should be, and hereby is, **GRANTED**. Therefore, the Court **ORDERS** that (1) Juan Bernal be removed as the named Acting Chief Patrol Agent, Del Rio Sector of US Border Patrol ("USBP") in this suit; (2) Robert Danley, in his official capacity, be substituted as the Chief Patrol Agent, Del Rio Sector of USBP, in his official capacity, in this suit; (3) the Clerk of this Court amend the Docket Sheet to reflect this substitution; and (4) all pleadings and papers filed with this court after the date of this order shall name Robert Danley as Acting Chief Patrol Agent, Del Rio Sector of USBP, in his official capacity.

**SIGNED** on this _____ day of _____, 2024.

_____
THE HONORABLE ALIA MOSES
UNITED STATES DISTRICT JUDGE