AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

**FILED**
MAR 04 2024
CLERK... COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

THE STATE OF TEXAS

V.

U.S. DEPARTMENT OF HOMELAND SECURITY

## EXHIBIT AND WITNESS LIST

Case Number: DR:23-CV-00055-AM

| PRESIDING JUDGE ALIA MOSES | PLAINTIFF'S ATTORNEY Ryan Walters, Munera Al-Fuhaid, Mary Kruger, | DEFENDANT'S ATTORNEY Christopher Eiswerth, Faith Lowry, Jean Lin |
|---|---|---|
| EVIDENTIARY HRG DATE(S) March 4, 2024 | COURT REPORTER Vickie Garza | COURTROOM DEPUTY Debbie Green/Jeanette Mendoza |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/4/2024 | | 3/4/2024 | Michael Banks; Plaintiff's Witness |
| PX | | 3/4/2024 | 1 | 3/4/2024 | 10/24/2023 Banks Declaration; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 2 | 3/4/2024 | CBP Releases Dec 2023 Monthly Update; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 3 | 3/4/2024 | Proclamation by Governor; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 4 | 3/4/2024 | Shelby Park Map; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 5 | 3/4/2024 | Video 1; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 6 | 3/4/2024 | Video 2; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 7 | 3/4/2024 | Video 3; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 8 | 3/4/2024 | 1/12/2024 Fletcher Declaration; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 9 | 3/4/2024 | 1/17/2024 Fletcher Declaration; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 10 | 3/4/2024 | Shelby BP Boat Launch EML and Boat Launch Map; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 11 | 3/4/2024 | 1/17/2024 – TMD Weekly OLS inject Submissions; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 12 | 3/4/2024 | 4618 – Main; Plaintiff's Exhibit |
| | | 3/4/2024 | 13 | 3/4/2024 | 4618 – 1 Time Stamp/Video; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 14 | 3/4/2024 | 4618 – 2; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 15 | 3/4/2024 | 4618 -3; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 16 | 3/4/2024 | 1/12/2024 Escalon Declaration; Plaintiff's Exhibit |
| PX | | 3/4/2024 | 17 | 3/4/2024 | 1/17/2024 Sgt PAPG Declaration; Plaintiff's Exhibit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| PX |   | 3/4/2024 | 18 | 3/4/2024 | 1/17/2024 McKinney Declaration; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 19 | 3/4/2024 | 1/12/2024 Danley Declaration; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 20 | 3/4/2024 | Connex; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 21 | 3/4/2024 | Scope Truck; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 22 | 3/4/2024 | Detention; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 23 | 3/4/2024 | The Pit; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 24 | 3/4/2024 | International Bridge; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 25 | 3/4/2024 | Shelby Park; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 26 | 3/4/2024 | Shelby Park Boat Ramp; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 27 | 3/4/2024 | Gold Course; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 28 | 3/4/2024 | Boat Ramp Parking; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 29 | 3/4/2024 | CBP Equipment; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 30 | 3/4/2024 | CBP Equipment Close Up; Plaintiff's Exhibit |
| PX |   | 3/4/2024 | 31 | 3/4/2024 | Second Supplemental Memorandum; Plaintiff's Exhibit |
|   | X | 3/4/2024 | 1 | 3/4/2024 | 2.5 Mile Map; Defendant's Exhibit |
|   | X | 3/4/2024 | 2 | 3/4/2024 | Photo of Main Street Gate (Jan. 10, 2024); Defendant's Exhibit |
|   | X | 3/4/2024 | 3 | 3/4/2024 | Photo of Staging Area (Jan. 10, 2024); Defendant's Exhibit |
|   | X | 3/4/2024 | 4 | 3/4/2024 | Photo of Humvee in State Wall (Jan. 11,2024); Defendant's Exhibit |
|   | X | 3/4/2024 | 5 | 3/4/2024 | 1.25 Mile Map; Defendant's Exhibit |
|   | X | 3/4/2024 | 6 | 3/4/2024 | Photo of 17 Road Ground Level; Defendant's Exhibit |
|   | X | 3/4/2024 | 7 | 3/4/2024 | Photo of 17 Road Aerial View (Feb.); Defendant's Exhibit |
|   | X | 3/4/2024 | 8 | 3/4/2024 | Photo of RR Bridge Ground Level (Feb.); Defendant's Exhibit |
|   | X | 3/4/2024 | 9 | 3/4/2024 | Photo of RR Bridge Aerial View (Feb.); Defendant's Exhibit |
|   | X | 3/4/2024 | 10 | 3/4/2024 | Photo of Conex Boxes Aerial View (Feb.); Defendant's Exhibit |
|   | X | 3/4/2024 | 11 | 3/4/2024 | Map of Blocked Access; Defendant's Exhibit |
|   | X | 3/4/2024 | 12 | 3/4/2024 | Map 2 of Blocked Access; Defendant's Exhibit |
|   | X | 3/4/2024 | 13 | 3/4/2024 | Photo of Rio Grande Entrance (Feb.); Defendant's Exhibit |
|   | X | 3/4/2024 | 14 | 3/4/2024 | Photo of Main Street Entrance (Feb.); Defendant's Exhibit |

|  | X | 3/4/2024 | 15 | 3/4/2024 | Video clips of BP marine unit rescue; Defendant's Exhibit |
|---|---|---|---|---|---|
|  | X | 3/4/2024 | 16 | 3/4/2024 | Video of Texas personnel Cutting the wire to allow migrant entry; Defendant's Exhibit |
|  | X | 3/4/2024 | 17 | 3/4/2024 | Nov. 29 Email Chain, CBPTEX2355-0006833 Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 18 | 3/4/2024 | Migrant Groups Diverted due to State of Texas Restricting Access to Border Zones, CBPTEX2355-004681- Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 19 | 3/4/2024 | Mass Migration Staging Locations (Dec. 15, 2023), CBPTEX2355-0016312 Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 20 | 3/4/2024 | Jan. 12 Email, CBPTEX2355-0016337 Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 21 | 3/4/2024 | Jan. 13 Email Chain, CBPTEX2355-0015321 Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 22 | 3/4/2024 | Jan. 14 Email Chain, CBPTEX2355-007472 Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 23 | 3/4/2024 | Jan. 14 Email Chain, CBPTEX2355-0016572 Redacted; Defendant's Exhibit |
|  | X | 3/4/2024 | 24 | 3/4/2024 | FY Southwest Land Border Encounters by Month for FY 2023 and 2024; Defendant's Exhibit |
|  | X | 3/4/2024 | 25 | 3/4/2024 | Video of Texas personnel handing child back over the wire; Defendant's Exhibit |
| X |  | 3/4/2024 |  |  | Col. Christopher Fletcher; Plaintiff's Witness |
| X |  | 3/4/2024 |  |  | Sgt. Prince Anoj Pujitha Gunawardana; Plaintiff's Witness |
| X |  | 3/4/2024 |  |  | SSG Lindsey McKinney; Plaintiff's Witness |
| X |  | 3/4/2024 |  |  | Robert Danley (CBP); Plaintiff's Witness |
|  | X | 3/5/2024 | 26 | 3/5/2024 | Email dated January 10, 2024; Defendant's Exhibit |
|  | X | 3/5/2024 |  |  | David BeMiller, Defendant's Witness |
| PX |  | 3/5/2024 | 32 |  | Declaration of David S. BeMiller, Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 33 | 3/5/2024 | Letter from Jonathan Meyer; Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 34 | 3/5/2024 | Final Judgment DR08CV003; Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 35 | 3/5/2024 | Letter from Ken Paxton 1/14/24; Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 36 | 3/5/2024 | Letter from Jonathan Meyer 1/22/24; Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 37 | 3/5/2024 | Letter from Ken Paxton 1/26/24; Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 38 | 3/5/2024 | Doc#205318 ( Notice of Confidentiality Rights) Easement The State of Texas; Plaintiff's Exhibit |
| PX |  | 3/5/2024 | 39 | 3/5/2024 | Map Eagle Pass Real Estates Acquisition Tracts; Plaintiff's Exhibit |
|  | X | 3/5/2024 | 27 | 3/5/2024 | Final Judgment DR08CV003-AM; Defendant's Exhibit |
|  | X | 3/5/2024 | 28 | 3/5/2024 | Amendment to Consolidated Declarations of Taking DR08CV003-AM; Defendant's Exhibit |
|  | X | 3/5/2024 | 29 | 3/5/2024 | Land Title Surveys Eagle Pass; Defendant's Exhibit |
|  | X | 3/5/2024 |  | 3/5/2024 | Michael Garcia; Defendant's Witness |
|  | X | 3/5/2024 |  |  | Chief Donaldson; Defendant's Witness |