# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

State of Texas

vs.                                  Case No. 2:23-cv-00055-AM

U.S. Dep't of Homeland Security, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Gina M. D'Andrea</u>, counsel for <u>Immigration Reform Law Institute</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED and <u>Gina M. D'Andrea</u> may appear on behalf of <u>Immigration Reform Law Institute</u> in the above case.

IT IS FURTHER ORDERED that <u>Gina M. D'Andrea</u>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
CHIEF UNITED STATES DISTRICT JUDGE