**FILED**

DEC 10 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 2:23-CV-00055-AM |
| v. § | |
| § | |
| U.S. DEPARTMENT OF HOMELAND § | |
| SECURITY, *et al.*, § | |
| § | |
| *Defendants.* § | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Motion to Withdraw Susanna Dokupil and Amy S. Hilton as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff the State of Texas's Motion to Withdraw Susanna Dokupil and Amy S. Hilton as Counsel is **GRANTED**. Ms. Dokupil and Ms. Hilton are hereby withdrawn as counsel of record in this matter.

SIGNED on this the 10th day of December, 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE