FILED

APR 2 3 2026

CLERK, U. ... .JURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

THE STATE OF TEXAS, §
    Plaintiff, §
§
§
v. §     Civil Action No. DR-23-CV-0055-AM
§
§
U.S. DEPARTMENT OF HOMELAND §
SECURITY, *et al.*, §
    Defendants. §

## ORDER

On December 9, 2025, the Court held docket call on this matter. There, the parties informed the Court that they agree to a mediation during the first week of March 2026 if no settlement could be reached. (ECF No. 141.) Much time has now passed. While the parties' counsel are equipped to reach a negotiated compromise to this long-running dispute, it remains in the best interests of all parties to set a deadline to encourage timely resolution of the matter.

IT IS THEREFORE **ORDERED** that this case is **REFERRED** to the Honorable Magistrate Judge Matthew H. Watters for an in-person mediation at **1:00 P.M.** on **Tuesday, May 26, 2026**. In advance of mediation, the parties are **DIRECTED** to meet and confer concerning the remaining issues for mediation.

SIGNED and ENTERED on this 23rd day of April 2026.

ALIA MOSES
Chief United States District Judge