**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **THE STATE OF TEXAS,**<br>   **Plaintiff,**<br><br>**v.**<br><br>**U.S. DEPARTMENT OF HOMELAND**<br>**SECURITY, et al.,**<br>   **Defendants.** | § § § § § § § § § | **Civil Action No.**<br>**2:23-CV-00055-AM** |

## ORDER FOR MEDIATION BRIEFS

Pursuant to Chief United States District Judge Alia Moses' Order [ECF No. 142], the parties have been ordered to appear before the undersigned for mediation on **May 26, 2026,** at **1:00 p.m.** The mediation will occur in **Courtroom No. 4** of the United States Courthouse, 111 E. Broadway Street, Del Rio, Texas.

**IT IS FURTHER ORDERED** that the parties shall each file, **on or before May 18, 2026**, a mediation brief that meets the following requirements:

1. **Filed ex parte and under seal** - The filing party shall adjust the viewing permissions when filing the brief to only allow access by the filing party and the Court. Any questions regarding this procedure should be directed to the Clerk's Office in the Del Rio Division.

2. **Addresses the following matters:** (a) the main issues in this dispute; (b) amendable resolutions to this matter; and (c) any prior cases in the Western District or the Fifth Circuit in which the requested relief was awarded.

**SIGNED** this 28th day of April 2026.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE