IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

JUN 2 3 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. DR-23-CV-0055-AM |
| | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY, *et al.*, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Plaintiff's Notice of Substitution of Parties. (ECF No. 154.) The Court construes the Notice of Substitution of Parties as a motion. The motion informs the Court that each of the Defendants have ceased to hold the office they held previously. Federal Rule of Civil Procedure 25(d) provides that an "officer's successor is automatically substituted as a party." FED. R. CIV. P. 25(d). The "absence of such an order does not affect the substitution" and the court "may order substitution at any time[.]" *Id.* Here, the Plaintiff requests that the Court issue an order "confirming such substitution . . . and directing the Clerk of the Court to reflect such substitution of parties in further proceedings in this case[.]" (ECF No. 154 at 2.)

Therefore, it is **ORDERED** that the Plaintiff's Notice of Substitution of Parties, construed as a motion, is **GRANTED**. (ECF No. 154.)

It is **ORDERED** that Markwayne Mullin is now Secretary of Homeland Security in substitution for Kristi Noem.

It is **ORDERED** that Rosario "Pete" Vasquez is now Chief of the United States Border Patrol in substitution for Michael W. Banks.

It is **ORDERED** that Anthony "Scott" Good is now Acting Chief Patrol Agent, Del Rio Sector of the U.S. Border Patrol, in substitution for Robert Danley.

It is **FURTHER ORDERED** that the Clerk of the Court amend the docket sheet to reflect these substitutions.

SIGNED and ENTERED on this 23rd day of June 2026.

ALIA MOSES
Chief United States District Judge