**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>*Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*. | Case No. 2:23-cv-00055-AM<br><br>Hon. Alia Moses |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendants respectfully move to withdraw Jean Lin as counsel due to her impending departure from the U.S. Department of Justice. Defendants will continue to be represented by Robert Green of the U.S. Attorney's Office for the Western District of Texas, who has already appeared in this case. The State of Texas does not oppose this motion.

Dated: June 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JUSTIN R. SIMMONS
United States Attorney

*/s/ Jean Lin*
JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20530

Tel: (202) 514-3716
Jean.lin@usdoj.gov

Robert D. Green (TX Bar No. 24087626)
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
robert.green3@usdoj.gov
Tel: (210) 384-7362 / Fax: (210) 384-7312

*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that on June 16, 2026, I conferred via email with counsel for the State of Texas regarding the relief requested in this motion. Counsel for Texas stated that Plaintiffs do not oppose the motion.

*/s/ Jean Lin*
JEAN LIN

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 25, 2026, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Jean Lin*
JEAN LIN