# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | CIVIL NO: |
| vs. | § | DR:23-CV-00055-AM |
| | § | |
| US DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, US CUSTOMS AND BORDER PROTECTION, US BORDER PATROL, TROY A. MILLER, JASON OWENS, JUAN BERNAL, ROBERT DANLEY, MARKWAYNE MULLIN, ROSARIO PETE VASQUEZ, ANTHONY SCOTT GOOD, THE IMMIGRATION REFORM LAW INSTITUTE | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, December 08, 2026 at 10:15 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 15th day of October, 2026.

ALIA MOSES
CHIEF U.S. DISTRICT JUDGE