**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>*Plaintiff*,<br><br>GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS,<br>*Intervenor-Plaintiff*,<br><br>v.<br><br>U. S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-CV-00055-AM |

**NOTICE REGARDING SUPPLEMENTAL BRIEFING**

Intervenor-Plaintiff Greg Abbott, in his official capacity as Governor of the State of Texas, hereby notifies the Court of his intent to respond to Defendants' Rule 56 motion. The Governor remains committed to settling this matter, as he has indicated to Defendants and Plaintiff State of Texas for months. Since being allowed to intervene, ECF 183, he has repeatedly offered to sign a proposed settlement that he understands all parties have agreed to in principle. But until agreement is reached, he must clarify the briefing currently underway here.

At the October 13th status conference, counsel for Defendants requested the opportunity to submit supplemental Rule 12(b)(1) briefing to the Court. *See* Oct. 13th Tr. at 12 ("MR. GREEN: Well, there are aspects of the 12(b)(1) that weren't reached by the Fifth Circuit, so I think one possibility would be for the 12(b)(1) motion to be re-briefed, or for supplemental briefing so that we can point out to the Court the issues that have now been

resolved versus those that haven't."). The Court then ordered Defendants to submit such briefing by November 6th. *Ibid.* ("THE COURT: … I'll give you until November the 6th to brief that."); *see also id.* at 15 ("[D]epending on what I rule on the 12(b)(1) motion, that could be a vehicle to go to the circuit for a certification question.").

As a standalone "party in the case," Governor Abbott was authorized to "file a separate brief" responding to any supplemental Rule 12(b)(1) motion. *Id.* at 10, 14. The Governor intended to do so, as provided under the local rules, by November 20, 2026. *See* LOCAL RULE CV-7(D)(2) ("A response to other motions [besides discovery and case management motions] shall be filed not later than 14 days after the filing of the motion").

Instead of filing a motion to dismiss under Rule 12, which is what this Court ordered Defendants to file at the October 13th hearing, Defendants filed a motion for summary judgment under Rule 56. That motion appears to be untimely. The Federal Rules of Civil Procedure provide that a motion for summary judgment may not be filed more than "30 days after the close of all discovery." FED. R. CIV. P. 56(b). On Defendants' own telling, discovery closed on September 16, 2026. *See* ECF 189-1 at 9 (indicating September 16th was the last discovery deadline and stating, "The parties have completed discovery and depositions."). Accordingly, the deadline to file any summary judgment motion passed on October 16, 2026.

Nor did the Governor or the State of Texas consent to the filing of an untimely Rule 56 motion. *Contra* ECF 189 at 1 (suggesting "Plaintiffs do not oppose this request" to file "a 23-page motion for summary judgment"). To be sure, Plaintiffs did not oppose a reciprocal page-limit extension for the supplemental Rule 12(b)(1) briefs this Court ordered the parties to file. But when Defendants later revealed their intention to file a motion for summary judgment, both Plaintiffs stated their opposition.

Accordingly, the Governor writes to clarify his position and to state that—to the extent this Court deems Defendants' summary judgment motion timely filed—he will respond by November 20, 2026, consistent with Local Rule CV-7(D)(2).

Respectfully submitted,

/s/ Trevor W. Ezell
TREVOR W. EZELL
General Counsel
Texas Bar No. 24109849
Trevor.Ezell@gov.texas.gov

Office of the Governor
P.O. Box 12428
Austin, Texas 78711

*Counsel for Intervenor-Plaintiff Greg Abbott, in his official capacity as Governor of the State of Texas*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served on the 6th day of November, 2026, upon all parties who have entered an appearance, using the CM/ECF system.

/s/ Trevor W. Ezell
Trevor W. Ezell
General Counsel
Office of Governor Greg Abbott