KEN PAXTON
ATTORNEY GENERAL OF TEXAS

November 20, 2026

The Honorable Alia Moses
Chief Judge, U.S. District Court for Western District of Texas
111 East Broadway L100
Del Rio, TX 78840

Re: Case No. 2:23-cv-55-AM; *The State of Texas, et al. v. U.S. Department of Homeland Security, et al.*

Dear Judge Moses:

I write on behalf of all parties to inform you that all parties in the above action executed a Settlement Agreement effective November 19, 2026. Pursuant to that Settlement Agreement, the parties intend to file a joint motion to dismiss the above action on or before November 25, 2026.

Respectfully submitted.

/s/ *David Bryant*
David Bryant

Cc:

Trevor Ezell – trevor.ezell@gov.texas.gov
Robert Green – robert.green3@usdoj.gov